# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160339(129)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

SC: 160339
v                               COA: 327491
                                 Wayne CC: 14-004600-FH

DARRELL WILDER, a/k/a DARRELL
JOHN WILDER, a/k/a DARRELL J. WILDER,
      Defendant-Appellant.
_____/

      By order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before September 7, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____July 22, 2020_____       

                                          Clerk